FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★       /       ★

BROOKLYN OFFICE

**BRIEF CARMEN & KLEIMAN, LLP**

Adria De Landri (ADL-5859)
805 Third Avenue, 11th Floor
New York, New York 10022
Telephone: (212) 832-5570

**Attorneys for Plaintiff-Petitioner Manna Freight Systems, Inc.**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                              :
MANNA FREIGHT SYSTEMS, INC.,                  :    **ECF CASE**
                                              :
        Plaintiff-Petitioner,                 :
                                              :    **05 Civ. 2021 (JBW)(MDG)**
    - against -                              :
                                              :
BIG ON DIGITAL, INC. and CREATIVE             :    **ORDER CONFIRMING**
TRUCKING, INC.,                               :    **ARBITRATION AWARD**
                                              :
        Defendants-Respondents.               :
------------------------------------------------------------X

      This matter having come on to be heard on the motion of plaintiff-petitioner Manna Freight Systems, Inc., ("Manna") for an order confirming the arbitrator's award dated April 21, 2006, in the arbitration between Manna and Big On Digital, Inc., ("Big On") respondent; and Brief, Carmen, Kleiman LLP having appeared as counsel for petitioner, and counsel for Big On Digital having been duly noticed with Manna's motion for an application for an order confirming its arbitration award, and all supporting papers, including the Declaration of Adria De Landri, with Exhibits; and counsel for Big On having failed to oppose Manna's application; and the Court having considered the written arbitration agreement between the parties and the Declaration submitted in support of Manna's motion; and the parties by stipulation filed in this

Court on September 9, 2005, and pursuant to their arbitration agreement, having agreed that a judgment of this Court shall be entered upon an award made pursuant to arbitration between the parties; and no motion to vacate, modify, or correct the award having been noticed, nor any opposition having been presented by respondent Big On in opposition to Manna's motion for confirmation;

**IT IS HEREBY ORDERED** that the award of the arbitrator, dated April 21, 2006, in the arbitration between the petitioner Manna Freight Systems, Inc. and Big On Digital, respondent be, and is, confirmed in all respects, and that judgment be entered in conformity therewith.

Dated: New York, NY
       July 25, 2006

**SO ORDERED**

_____
United States District Judge

2